STATE OF NORTH DAKOTA, EX REL., T. F. McCUE, ATTORNEY GEN-
ERAL V. MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RAILWAY
COMPANY.

Opinion filed April 16, 1909.

Application by the State, on relation of T. F. McCue, Attorney
General, for a writ of injunction against the Minneapolis, St. Paul &
Sault Ste. Marie Railway Company. Writ granted.

*T. F. McCue, Atty. Gen.,* and *E. P. Kelly,* for plaintiff.

*Alfred H. Bright* and *Ball, Watson, Young & Lawrence* for de-
fendant.

PER CURIAM. Following the case of State ex rel. McCue v. N. P.
Ry. Co. (this day decided) 18 N. D. 669, 120 N. W. 869, the writ
herein prayed for by plaintiff will issue.

(120 N. W. 874. )

---

STATE OF NORTH DAKOTA, EX REL., T. F. McCUE, ATTORNEY GEN-
ERAL V. GREAT NORTHERN RAILWAY COMPANY.

Opinion filed April 16, 1909.

Application by the State, on relation of T. F. McCue, Attorney
General, for a writ of injunction against the Great Northern Rail-
way Company. Writ granted.

*T. F. McCue, Atty Gen.,* and *E. P. Kelly,* for plaintiff.

*C. J. Murphy, W. R. Begg,* and *Ball, Watson, Young & Lawrence,*
for defendant.

PER CURIAM. Following the case of State ex rel McCue v. N.
P. Ry. Co. (this day decided) 18 N. D. 669, 120 N. W. 869, the
writ herein prayed for by plaintiff will issue.